UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DANIEL LEE NORENBERG, | Civil No. 6:18-CV-01914-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall reevaluate the medical opinion evidence in accordance with 20 CFR 404.1527 and 416.927; obtain supplemental vocational expert evidence and evaluate that evidence in accordance with Social Security Ruling 00-4p; and issue a new decision.

///

///

///

///

///

///

IT IS SO ORDERED this 27th day of May, 2020.


  s/Michael J. McShane
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Civil Chief

s/ Courtney Garcia
COURTNEY GARCIA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2934