IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL LEE NORENBERG, | |
| Plaintiff, | Case No. 6:18-cv-01914-MC |
| vs. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Plaintiff Daniel Lee Norenberg brought this action seeking review of the Commissioner's final decision denying his application for disability benefits under the Social Security Act. Based on the stipulation of the parties, the Court reversed the Commissioner's decision, remanded the case for further administrative proceedings, and entered Judgment on May 27, 2020.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S.

789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $6,000.00 in attorney's fees under 42 U.S.C. § 406(b).  This award represents 25% of Plaintiff's unpaid retroactive benefits and auxiliary benefits, less the administrative fees previously received by Plaintiff's counsel, and further adjusted to account for the actual amount withheld by the agency to pay Plaintiff's attorney fees.

When issuing the § 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to send the full award of $6,000.00, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401.  Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this 27th day of ___January_____ 2022.


s/Michael J. McShane
_____
MICHAEL J. McSHANE
United States District Judge


Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff